

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:13-cr-00109-CJC |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| ALEX PAYAN, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>nature of current allegations, including alleged failure to attend treatment sessions, failure to report as directed, and failure to report law enforcement contacts; prior violations; prior criminal history</u>

1       and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3     convincing evidence that he is not likely to pose a danger to the safety of any other
4     person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is
5     based on: : *nature of current allegations, including alleged failure to attend treatment sessions,*
6     *failure to report as directed, and failure to report law enforcement contacts; prior violations; prior*
7     *criminal history*

8     IT THEREFORE IS ORDERED that the defendant be detained pending further
9 revocation proceedings.

11 Dated: 9-14-22

JOHN D. EARLY
United States Magistrate Judge